AUGUSTA GREENBERG v. THE CITY OF NEW YORK, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of DOROTHY GURR and BARBARA M. GURR v. VERNON E. GURR.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of DOROTHY GURR and BARBARA M. GURR v. VERNON E. GURR.— Motion for leave to appeal to the Court of Appeals denied Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARON DELANEY and CHARLES DELANEY v. PHILHERN REALTY HOLDING CORP. and Another, Impleaded with JACOB SHAPIRO and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARON DELANEY and CHARLES DELANEY v. PHILHERN REALTY HOLDING CORP. and Another, Impleaded with JACOB SHAPIRO and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LAURENCE J. COLWELL v. MARION L. HASLER COLWELL.— Motion for leave to appeal to the Court of Appeals and for extension of time to answer until twenty days after the decision on such appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

BANK OF YORKTOWN v. JOHN P. BOLAND and Others.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See 255 App. Div. 840.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

AMERICAN SURETY COMPANY OF NEW YORK v. NICOLAS J. GEROLD and BERNARD E. POLLAK, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of the SPECIAL COMMITTEE OF THE COUNCIL OF THE CITY OF NEW YORK Investigating Radio Station WNYC, for a Summons Requiring MORRIS NOVIK to Appear and Testify in the Matter of Such Investigation.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOHN L. DUDLEY v. MEYSON HOLDING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.